No. 90–6683.  WEST *v.* ILLINOIS.  Sup. Ct. Ill.;
No. 90–7132.  SMITH *v.* MISSOURI.  Sup. Ct. Mo.;
No. 90–7295.  PARDO *v.* FLORIDA.  Sup. Ct. Fla.;

No. 90–7317.  CUEVAS v. COLLINS, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.;

No. 90–7344.  WILLIAMS v. ARIZONA.  Sup. Ct. Ariz.;

No. 90–7398.  PICKENS v. ARKANSAS.  Sup. Ct. Ark.;

No. 90–7422.  KORNAHRENS v. EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  Ct. Common Pleas, Charleston County, S. C.;

No. 90–7509.  MALONE v. MISSOURI.  Sup. Ct. Mo.;

No. 90–7547.  AMAYA-RUIZ v. ARIZONA.  Sup. Ct. Ariz.; and

No. 90–7579.  SANCHEZ-VELASCO v. FLORIDA.  Sup. Ct. Fla. Certiorari denied.  Reported below: No. 90–6683, 137 Ill. 2d 558, 560 N. E. 2d 594; No. 90–7132, 798 S. W. 2d 152; No. 90–7295, 563 So. 2d 77; No. 90–7317, 922 F. 2d 242; No. 90–7344, 166 Ariz. 132, 800 P. 2d 1240; No. 90–7398, 304 Ark. xxiv; No. 90–7509, 798 S. W. 2d 149; No. 90–7547, 166 Ariz. 152, 800 P. 2d 1260; No. 90–7579, 570 So. 2d 908.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.